ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ROBERT L. SIGMAN,<br><br>                    Defendant. | Case No. 1:26-po-00040-SAB<br><br>[Citation #E1463433 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00040-SAB [Citation #E1463433 CA/74] against ROBERT L. SIGMAN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 12, 2026                    Respectfully submitted,

                                         ERIC GRANT
                                         United States Attorney

                    By:    /s/ *Arelis M. Clemente*
                                         ARELIS M. CLEMENTE
                                         Assistant United States Attorney

1

U.S. v. Sigman
Case No. 1:26-po-00040-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00040-SAB [Citation #E1463433 CA/74] against ROBERT L. SIGMAN, is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    **March 12, 2026**

STANLEY A. BOONE
United States Magistrate Judge

U.S. v. Sigman
Case No. 1:26-po-00040-SAB